IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AUTOSOFT, INC. and ORION DEALER SYSTEMS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>AUTOSOFT DMS, LLC, A S SYSTEMS, INC., BOB BRITTING, as an individual, and DARRELL BLACK, as an individual,<br><br>Defendants. | No. 2:13-cv-00312-AJS<br><br><br><br><br><br><br><br><br><br>**ELECTRONICALLY FILED** |

## ORDER

AND NOW, this 15th day of April 2013, pursuant to Defendants' Motion for Order directing Autosoft, Inc. and Orion Dealer Systems, Inc. to Permit and Coordinate Direct Communications Between The Hartford and Counsel for Defendants Regarding Technology and after considering Plaintiffs' response thereto (doc. no. 35) Insurance Coverage, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Defendants shall (by 5:00 p.m. on Monday, April 15, 2013) email this Court Order and the most recent draft of their proposed Master License Agreement and End User License Agreement to Kyle Hunter, Select Customer Underwriter in the Technology and Life Science Insurance Practice Unit at the Hartford Insurance Company, 301 Woods Park Drive, Clinton, NY 13323; Email: kyle.hunter@thehartford.com; Telephone: 800-962-6170, ext. 2103608.

2. By 5:00 p.m. on Tuesday, April 16, 2013, Plaintiffs are ORDERED to arrange for Mr. Hunter to participate in a conference call to discuss The Hartford's concerns with the all parties' counsel at a mutually agreeable time no later than 3:00 p.m. on Friday, April 19, 2013.

3. The parties shall file a Joint Status Report with the Court by Friday, April 26, 2013 addressing: (A) whether this Order has been complied with, and (B) whether the parties have reached a settlement and, if not, what issues are still pending. In the event the parties cannot agree upon the wording of the Joint Status Report, each shall file their own Status Report by that date and time.

4. Defendant's Motion (doc. no. 34) is Granted

IT IS SO ORDERED.

Arthur J. Schwab
United States District Court Judge

LIT:543411-2 028286-157461